1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

9  KATHIE MARIE BUCKNELL,⁣     )  Case No.: 5:18-cv-00261-AS

10        Plaintiff,        )  {~~PROPOSED~~} ORDER AWARDING

11        vs.         )  EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)

12  NANCY A. BERRYHILL, Acting  )  AND COSTS PURSUANT TO 28
Commissioner of Social Security,  )  U.S.C. § 1920

13
14        Defendant
15

16     Based upon the parties' Stipulation for the Award and Payment of Equal

17  Access to Justice Act Fees, Costs, and Expenses:

18     IT IS ORDERED that fees and expenses in the amount of **$4,320.00** as

19  authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

20  awarded subject to the terms of the Stipulation.

21  DATE:  February 1, 2019

22                 / s /
              THE HONORABLE ALKA SAGAR

23              UNITED STATES MAGISTRATE JUDGE

24
25
26